UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELISSA LOEFFELHOLZ,

CASE NO.: 3:13-CV-1495-J-34JRK

Plaintiff,

vs.

ASCENSION HEALTH, INCORPORATED,

Defendant.

_____/

## COMPLAINT

**COMES NOW,** the Plaintiff, **Melissa Loeffelholz,** by and through her undersigned

attorney, and files this complaint against the Defendant, **Ascension Health, Incorporated**

(hereinafter referred to as "Ascension"), and states:

1.     This is an action brought under the Employee Retirement Income Security

Act of 1974 (ERISA), 29 U.S.C. sec. 1001, et seq, to recover benefits due to the Plaintiff

under the terms of an ERISA Plan, to enforce rights under the terms of said Plan, and to

clarify Plaintiff's rights to benefits under the St. Vincent's Healthcare Long Term Disability

Plan.

2.     Jurisdiction is conferred on this Court pursuant to Title 29 U.S.C. sec. 1131

(e)(1) and Title 29 U.S.C. sec. 1132 (f).

3.     The acts and omissions hereinafter complained of occurred in St. Johns

County, Florida in the above-titled judicial district.

FILED

1

4.     At all times material hereto, Plaintiff was a resident of St. Johns County, Florida and was a "participant" in the Plan under ERISA.

5.     At all times material hereto, the Plan was sponsored and administered by entities which were corporations authorized and qualified to do business in the State of Florida and doing business in Florida.

6.     At all times material hereto, Defendant Ascension was the administrator and funding source of "buy-up" long term disability benefits under the Plan.

7.     At all times material hereto, Ascension was the Plan Sponsor of the Plan.

8.     At all times material hereto, the Plan was a plan established by the plan sponsor to provide "buy-up" long term disability benefits to eligible employees of Ascension and as such, is an employee welfare benefit plan as defined under and governed by ERISA 29 U.S.C. sec. 1001 et seq. Said plan is attached hereto as "Exhibit A".

9.     On or about November 1, 2012, Plaintiff became entitled to "buy-up" long term disability benefits under the Plan as a result of disabling medical conditions.

10.    After Plaintiff's application under the plan for "buy-up" long term disability benefits, Plaintiff was denied "buy-up" long term disability benefits under the Plan.

11.    Plaintiff has been damaged in that Plaintiff has been denied payment of "buy-up" long term disability benefits to which Plaintiff is entitled under the terms of the Plan.

12.    Plaintiff has exhausted any and all administrative remedies provided under the Plan.

13.    Plaintiff has been required to obtain the services of the undersigned attorneys, and the undersigned attorneys are entitled to payment of a reasonable attorneys fee. The Court may award a reasonable attorneys fee pursuant to 29 U.S.C. sec. 1132 (g)(1).

2

**WHEREFORE,** Plaintiff demands judgment against the Defendant for payment of "buy-up" long term disability benefits due and owing under the Plan, plus interest, costs, and payment of attorneys fees.

DATED THIS _____ day of December, 2013.

LAW OFFICES OF THOMAS M. FARRELL, IV, P.A.

Thomas M. Farrell, IV, Esquire
Florida Bar No.: 972347
Attorney for Plaintiff
2319 Oak Street
Jacksonville, Florida 32204
Telephone: (904) 388-8870
Fax:         (904) 388-8785
E-mail: Tom@tfarrellpa.com

3



ASCENSION
HEALTH

St. Vincent's HealthCare
Jacksonville, FL

# Long-Term Disability Plan

## Summary Plan Description



ENABLING STRENGTHS | INSPIRED PEOPLE | *My Life. Even Better.*

## Plan Outline

Effective date: January 1, 2012

**St. Vincent's HealthCare | Long Term Disability Plan | Jacksonville, FL**

| | |
|---|---|
| **Who Is Eligible** | Employees classified as Managers and below who are in a budgeted position of 48 hours or more bi-weekly and not covered by any other Employer sponsored long-term disability plan.<br><br>Full-time – 72 or more hours bi-weekly<br>Part-time – 48 – 71 hours bi-weekly |
| **Eligibility Date** | First day of the calendar month on or following completion of one month of service in an eligible class |
| **Benefit Amount (Full-time)** | Core Benefit (Employer Paid):     50% of Basic Monthly Earnings<br><br>Optional Benefit (Employee Paid):   70% (20% buy-up) of Basic Monthly Earnings<br><br>Note: This benefit is subject to reductions as described in the section *Other Income Benefits*. |
| **Benefit Amount (Part-time)** | Optional Benefit (Employee Paid):   50% of Basic Monthly Earnings<br><br>Optional Benefit (Employee Paid):   70% (20% buy-up) of Basic Monthly Earnings<br><br>Note: This benefit is subject to reductions as described in the section *Other Income Benefits*. |
| **Maximum Benefit Duration** | **Age When Disability Begins    Maximum Benefit Duration***<br>Less than 60                   To age 65<br>60                             60 Months<br>61                             48 Months<br>62                             42 Months<br>63                             36 Months<br>64                             30 Months<br>65                             24 Months<br>66                             21 Months<br>67                             18 Months<br>68                             15 Months<br>69 and over                    12 Months<br><br>*Exception: While you are Disabled due to a Mental Illness but not confined to a Hospital or Institution, the benefit will be payable for up to 24 months or the Maximum Benefit Duration, whichever is less. |
| **Elimination Period** | Benefits begin on the 181ˢᵗ consecutive calendar day of Disability. |
| **Social Security Offset** | Family |
| **Rehabilitative Employment Offset** | 50% after 24 months |

| | |
|---|---|
| **Pre-Existing Condition Exclusion** | The plan does not provide benefits for any disability that is caused by, contributed to, or results from a Pre-existing Condition that was in existence within three (3) months before your effective date of coverage. The Pre-existing Condition Exclusion will not apply after you perform the Material Duties of your regular occupation for at least twelve (12) months following your effective date of coverage. |
| | If your Optional Benefit amount increases based on a change in elections, after initial eligibility the additional amount will be subject to the Pre-existing Condition Exclusion at the time the change in coverage becomes effective. |
| **Basic Annual Earnings** | Your hourly rate of pay in effect at the time of your disability multiplied by the number of hours you are authorized or scheduled to work during a regular pay period multiplied by the number of pay periods in a calendar year. |
| | Because the amount of your optional benefit and the cost of coverage are based on your Basic Annual Earnings and age, a change in your Basic Annual Earnings or age during the year may affect your benefit and the cost of coverage. |
| **Your Cost of Coverage** | You and your Employer share in the cost of this coverage. St. Vincent's pays the full cost of the core benefit; you pay the full cost of any Optional Benefit elected. See your enrollment materials for current rates.  Your contributions are paid on a pre-tax basis. |

## Your Contact Information

| | |
|---|---|
| **For Questions About Eligibility** | Plan Administrator<br>314-733-8848 |
| **For Questions About Benefits, Billing/Claims and How the Plan Works** | Sedgwick Management Services, Inc.<br>*To speak with a representative,* call 866.856.4835 |
| **To File a Claim** | Claims Administrator<br>Sedgwick Claims Management Services, Inc.<br>P.O. Box 14562<br>Lexington, KY 40512<br>*To speak with a representative,* call 866.856.4835<br>*To fax a claim,* call 314.514.2374 |
| **To Appeal a Claim** | Sedgwick Claims Management Services, Inc<br>Attn: National Appeals Unit<br>P. O. Box 14446<br>Lexington, KY 40512-9951<br>*To speak with a representative,* call 800.248.3970<br>*To fax a claim,* call 888.488.9536 |

# Contents

Your Plan Outline.................................................................................................................ii

Your Contact Information.....................................................................................................iv

Introduction..........................................................................................................................2

Glossary...............................................................................................................................3

Section 1: Eligibility and Participation................................................................................7

   Eligibility........................................................................................................................7
   Enrollment.....................................................................................................................7
   Change Events..............................................................................................................8
   Cost of Coverage..........................................................................................................8
   When Coverage Begins.................................................................................................9
   When Coverage Ends....................................................................................................9
   Right to Amend or Discontinue the Plan......................................................................10

Section 2: Long-Term Disability Benefits...........................................................................11

   How the Plan Works....................................................................................................11
   Payment of Benefits....................................................................................................12
   Other Income Benefits................................................................................................13
   Waiver of Contributions...............................................................................................15
   Social Security Disability Benefits...............................................................................15
   When Plan Benefits End..............................................................................................16

Section 3: Other Plan Provisions.......................................................................................17

   Rehabilitative Employment..........................................................................................17
   Recurrent Periods of Disability....................................................................................18
   Disability Due to Mental Illness...................................................................................18
   If You Die While Receiving Benefits.............................................................................18
   Assignment of Benefits...............................................................................................18

Section 4: Expenses Not Covered......................................................................................19

Section 5: Claims Procedures............................................................................................21

   Filing a Claim..............................................................................................................21
   Timing of Claims Review.............................................................................................21
   If Your Claim is Denied...............................................................................................22
   Appealing a Denied Claim...........................................................................................23
   Overpayment of Claims...............................................................................................24
   Misrepresentations.....................................................................................................26

Section 6:  Your ERISA Rights...........................................................................................27

   Receiving Information About Your Plan and Benefits....................................................27
   Prudent Actions by Plan Fiduciaries............................................................................27
   Enforcing Your Rights.................................................................................................27
   Assistance with Your Questions...................................................................................28

Section 7: Plan Information................................................................................................29

## Introduction

Ascension Health and your Participating Employer offer long-term Disability benefits to you. The Ascension Health Long-Term Disability Plan pays a monthly income benefit when you are disabled and unable to work and have exhausted your short-term disability benefits.

### This Information Is a Summary

The information in this summary plan description (SPD) is intended to serve as a summary of the Ascension Health Long-Term Disability Plan (Plan), effective January 1, 2012. You should refer to the official Plan document for details.

> "You" or "your" refers to the Eligible Associate covered under the Plan.
> "Days" refers to calendar days.

If there are any discrepancies between the information in this SPD and the official Plan document, the terms of the Plan document will control.

This SPD does not constitute a contract of employment or a guarantee of benefits or future employment. In addition, your eligibility for and participation in the Plan as described in this SPD should not be construed as an employment contract.

Certain words in this SPD are capitalized. These words are defined in the Glossary in the next section. You may find it helpful to consult the Glossary as you read this SPD.

> The following pages of this SPD explain provisions that generally apply to Eligible Associates of all Participating Employers that offer long-term Disability benefits.
>
> The Plan Outline of this SPD contains specific requirements and provisions that apply to Eligible Associates of your Participating Employer.

## Glossary

The following terms may help you in reading and understanding this SPD.

---

*Actively at Work/Active Work* — When on a scheduled work day you:

- Are performing in the customary manner all regular duties for at least half of the scheduled work day either at one of your Participating Employer's business establishments or at some location to which the Participating Employer's business requires you to travel,
- Are paid Basic Monthly Earnings, and
- Work at least the minimum number of hours as an Eligible Associate as stated on the Plan Outline of this SPD.

If you worked on your last scheduled work day, you will be considered Actively at Work on a scheduled non-work day, provided you were not Disabled and otherwise met the requirements for being Actively at Work. For example, if you worked on a Friday on which you were scheduled and you were not scheduled on the immediately following Saturday and Sunday, you would be considered to be Actively at Work on that Saturday and Sunday if you otherwise met the requirement for being Actively at Work on Friday.

*Associate* — Any individual who is classified by a Participating Employer as an employee.

*Basic Annual Earnings* — Refer to the Plan Outline of this SPD for the definition.

*Basic Monthly Earnings* — Your Basic Annual Earnings divided by 12.

*Basic Weekly Earnings* — Your Basic Annual Earnings divided by 52.

*Change Event* — A change in status or change in family status event that is described in the Internal Revenue Code Section 125 cafeteria plan adopted by the Participating Employer of the Eligible Associate.

*Change of Benefits Date* — The effective date of a mid-year election change due to a Change Event. The Change of Benefits Date for a Change Event related to birth, adoption or placement for adoption is the date of the birth, adoption or placement for adoption. The Change of Benefits Date for all other Change Events is as soon as administratively possible after the requested change is filed.

*Child* — The Eligible Associate's natural child, legally adopted child, child placed with Eligible Associate for adoption, foster child, or stepchild. Child shall also include any child for whom the Eligible Associate has been granted court-appointed full legal custody or guardianship.

*Disability/Disabled* — You are considered to be Disabled or to have a Disability if due to an Injury or Sickness that is supported by objective medical evidence, you require and are receiving the regular, ongoing medical care of a Licensed Physician and you are following the course of treatment recommended by the Licensed Physician. In addition, <u>one</u> of the following is true:

- You are unable to perform:
  - Each of the Material Duties of your Regular Occupation during the first 24 months of benefit payments or eligibility for benefit payments, and
  - After the first 24 months of benefit payments or eligibility for benefit payments, any work or service for which you are reasonably qualified taking into consideration your training, education, experience and past earnings.
- While unable to perform all of the Material Duties of your Regular Occupation on a full-time basis you are:
  - Performing at least one of the Material Duties of your Regular Occupation or any other work or service on a part- or full-time basis, and
  - Your earnings from work, while Disabled, do not exceed 80% of your pre-Disability Basic Monthly Earnings.

*Eligible Associate* — An Associate who is in the class of Associates eligible to participate in the Plan, as specified in the Addendum/Joinder Agreement of each Plan applicable to the Participating Employer and in the Plan Outline section of this SPD. The term Eligible Associate does not include a leased employee or independent contractor, regardless of any retroactive reclassification as a common law employee.

*Elimination Period* — The number of consecutive calendar days of Disability before benefits become payable under the Plan. Your Elimination Period is shown on the Plan Outline of this SPD and begins on the first day of Disability.

*ERISA* — The Employee Retirement Income Security Act of 1974, as amended.

*Entry Date* — The date, as specified in the Plan Outline of this SPD, on which you become a Participant in the Plan after completing any required enrollment process and satisfying any waiting period applicable to you.

*Gross Benefit* — Your benefit amount without any reduction for Other Income Benefits, taxes and compensation earned while you are Disabled.

*Health Ministry* — A legal entity related to Ascension Health.

*Hospital/Institution* — An accredited facility licensed to provide care and treatment for the condition causing your Disability. This facility must provide 24-hour nursing services by registered graduate nurses and not specialize as a rest home, convalescent home or home for the aged.

*Injury* — Any accidental bodily injury that results (directly and independently of all other causes) in a loss covered under the Plan. The Plan does not provide benefits for certain injuries described in the "Expenses Not Covered" section of this SPD.

*Licensed Physician* — A person not related to you who is operating within the scope of his or her license and is licensed to practice medicine, and prescribe and administer drugs. This means, for example, chiropractors and psychologists cannot certify Disability under the Plan. Sedgwick may, in its discretion authorize temporary benefits allowing you to seek treatment with a Licensed Physician, but not in excess of four weeks. A licensed psychiatrist must supervise all treatment of Disabilities related to Mental Illness.

*Material Duties* — The essential tasks, functions and operations; and the skills, abilities, knowledge, training and experience generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.

*Maximum Benefit Duration* — The maximum period of time you may receive payments from the Plan, depending on your age at the time of your Disability or the normal retirement age, whichever is greater. For more information, see the "Payment of Benefits" section of this SPD.

*Mental Illness* — A mental, emotional or nervous condition that is identified in the "Diagnostic and Statistical Manual of Mental Disorders" and that is certified and treated by a licensed psychiatrist. If your primary care physician (but not a psychiatrist) has determined that you have a Mental Illness, Sedgwick may, in its discretion, authorize temporary benefits. You then will be required to obtain certification and treatment by a licensed psychiatrist within the period specified by Sedgwick (not to exceed four weeks). If you fail to obtain certification of your Mental Illness and treatment by a licensed psychiatrist within the time frame prescribed by Sedgwick, no further benefits shall be paid with respect to the Mental Illness.

*Other Income Benefits* — Any reductions to the Gross Benefit. These reductions are described in the "Other Income Benefits" section of this SPD.

*Participant* — Any Eligible Associate who is covered in accordance with the Plan and the "Eligibility and Participation" section and Plan Outline of this SPD.

*Participant Contribution* — Any amount the Plan Administrator may require you to contribute for coverage under the Plan (see the Plan Outline of this SPD).

*Participating Employer* — The Plan Sponsor or any Health Ministry that adopts the Plan.

*Plan* — Ascension Health Long-Term Disability Plan, as amended from time to time.

*Plan Administrator* — Ascension Health, or such other person or committee that Ascension Health may appoint to administer the Plan.

*Plan Outline* — A brief description of some of the key features of the Plan as offered by your Participating Employer.

*Plan Sponsor* — Ascension Health.

*Plan Year* — The calendar year.

*Preexisting Condition* — An Injury or Sickness that was in existence within the three-month period ending on the day immediately before the date you became covered under this Plan or the

date any increased benefit amount option becomes effective.

*Recurrent Disability* — A Disability that is contributed to by or due to the same cause or causes as a prior Disability for which a benefit was paid under the Plan.

*Regular Occupation* — The activities you regularly performed when your Disability began. In addition to the specific position or job you hold with your Participating Employer, "Regular Occupation" also includes other positions and jobs for which you have training and/or education to perform in your profession at your Participating Employer or any other employer. If your Regular Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Regular Occupation is as broad as the scope of your license.

*Rehabilitation* — A program designed to help you return to regular Active Work. Such a program must be approved by Sedgwick and your Participating Employer and may include training, modified duty, physical therapy placement or part- or full-time work in your Regular Occupation at the time of Disability or in another occupation.

*Rehabilitative Employment* — Employment on a limited basis as part of a Rehabilitation plan, the goal of which is to return you to the level of gainful employment that existed prior to your Disability.

■

*Sedgwick* — The claims administrator for the Plan.

*Sickness* — An illness, disease, medical condition or pregnancy.

*Spouse* — An individual legally married to an Eligible Associate (even if legally separated), including an individual who is the common-law spouse, in states that recognize common-law marriage, of an Eligible Associate, if such individual and the Eligible Associate are of opposite sex.

## Section 1: Eligibility and Participation

## Eligibility

All Associates in your Participating Employer's class of Eligible Associates are eligible for coverage under the Plan. (Please see the Plan Outline of this SPD for your Participating Employer's eligibility requirements.)

## Enrollment

### Initial Enrollment Period

You may need to enroll in the Plan if you are required to make contributions or choose to participate in optional buy-up coverage, if available. Otherwise, you will be automatically enrolled in the Plan as of your Entry Date. If enrollment is required, your local Human Resources Department will provide you with enrollment information.

> Optional buy-up coverage increases your LTD benefit to a higher percentage of your Basic Monthly Earnings. If your Participating Employer offers this option, your cost for this additional coverage will be included in your enrollment packet.

You must notify your local Human Resources Department of any change (marriage, birth of a child, change of address, etc.) within 31 days of the event.

If you fail to enroll during the initial enrollment period, you may enroll during the next Open Enrollment Period or after a Change Event.

### Open Enrollment Period

If a buy-up option is available, you may choose or change your participation in this option during your Participating Employer's annual Open Enrollment Period. The choices you make during the Open Enrollment Period will become effective on the first day of the next Plan Year.

> Update Your Address
> Be sure to file your current address and any changes of address with your local Human Resources Department. Any communication addressed to you at your latest post office address on file will be binding upon you for all purposes of the Plan.

Once payroll deductions have started, you may not make any changes in your choices until the next Plan Year or until you have a Change Event.

## Change Events

If you elect the buy-up option, your buy-up benefit is part of a Section 125 plan. Because of this, tax laws prevent you from changing your benefit election during the Plan Year, except in the case of a life event change, or "Change Event."

You may change your benefit election during the year only if: 

- You have a qualifying "Change in Status,"
- You report the change *within 31 days* of the event,
- The change affects your eligibility under one of the employer-provided benefit plans, and
- The election you make is consistent with your Change in status.

Examples of qualifying Changes in Status are:

- You get married or divorced
- A change in dependent Children through birth, adoption, custody, court order, or death
- Your Spouse becomes employed or unemployed
- Your Spouse becomes disabled or dies
- You change from full-time to part-time, or part-time to full-time employment
- You, your Spouse or your dependent have a change in residence

To change your benefit election, you must request the change in writing within 31 days after the Change Event and identify the event that resulted in the change you are requesting.  The requested change must be consistent with the Change Event.

Election changes will be effective on your Change of Benefits Date. If you file the request later than 31 days after the Change Event, no changes will be made to your election or Participant Contributions, but you may make the necessary change during the next Open Enrollment Period for the following Plan Year.

## Cost of Coverage

If you are required to make contributions to the Plan or wish to participate in optional buy-up coverage, if available, costs will be provided in your enrollment materials.

## When Coverage Begins

Coverage begins on the Entry Date indicated on the Plan Outline of this SPD. If you are required to make contributions to the Plan or elect the optional buy-up benefit, if available, you must also complete any required enrollment materials and make any required contributions before coverage will begin.

> You must be Actively at Work for coverage to begin.

### If You are Not Actively at Work

If you are not Actively at Work on the day your coverage would normally begin, coverage will begin on the day you return to Active Work, unless you were out on a scheduled day off for reasons other than Injury or Sickness (e.g., vacation).

Also, if you are not Actively at Work on the date increased or additional coverage would normally begin, such increased or additional coverage will become effective on the day you return to Active Work.

## When Coverage Ends

Your coverage will end on the earliest of the following:

- On the date that the Plan terminates or your Participating Employer withdraws from the Plan
- On the date that you no longer meet the definition of Eligible Associate
- On the last day for which you or your Participating Employer made any required contributions
- On the date that your Plan benefit ceases, if you do not return to Active Work. If you return to Active Work as an Eligible Associate after a particular Disability ceases, you will continue to participate in the Plan. Benefits for certain subsequent Disabilities are described in the Recurrent Disabilities section of this SPD. If you have questions about your eligibility to participate when you return to Active Work, contact the Plan Administrator.

### Termination for Cause

Your coverage can also be terminated for Cause. If your coverage is terminated retroactively, you may be required to repay benefits you received after the date your coverage is terminated.

**Coverage Can Be Terminated for "Cause"**
Your coverage can be terminated for:

- Your failure to complete, sign and/or provide to the Plan Administrator any information, document or form that Ascension Health determines is reasonably necessary for the administration of the Plan or Plan Sponsor functions
- Willful engagement in misconduct that is materially injurious to the Plan
- Dishonesty in connection with the provision of benefits under the Plan
- Fraudulent or unethical conduct or an intentional misrepresentation of a material fact related to or affecting the provision of benefits under the Plan
- Being indicted or charged with any crime constituting a felony
- Failure to pay any amounts due to the Plan or a Participating Employer

Coverage can be terminated <u>retroactively</u> for:

- Failure to timely pay Participant Contributions
- Fraudulent or unethical conduct or an intentional misrepresentation of a material fact related to the provision of benefits under the Plan

Reinstatement

If, during the same Plan Year, you terminate employment and return to employment within 30 days, your prior elections will be reinstated automatically. However, if you return after 30 days or longer, you will be treated as a new hire (see "Initial Enrollment Period") unless your Participating Employer has a different written rule for reinstatement.

## Right to Amend or Discontinue the Plan

Ascension Health and your Participating Employer are committed to maintaining the Plan. However, Ascension Health (the Plan Sponsor) reserves the right to amend or terminate the Plan in whole or in part, at any time, and for any reason, without advance notice. Amendment or termination of the Plan shall be effective if it is approved in writing by a duly authorized officer of Ascension Health, or if it is adopted pursuant to Ascension Health's procedures allocating or delegating authority to act on behalf of Ascension Health, as such procedures exist from time to time.

Any Participating Employer will be permitted to discontinue or revoke its participation in the Plan at any time. Coverage under this Plan will automatically terminate with respect to all Participants of a Participating Employer as of the date the Participating Employer ceases to participate in the Plan, even if a Participant is already receiving benefits under the Plan.

## Section 2: Long-Term Disability Benefits

The Plan is designed to replace a portion of your pay when you can't work due to an ongoing Disability.

## How the Plan Works

You may begin receiving long-term Disability benefits if you meet the definition of Disability and have satisfied the Elimination Period. Your benefit will be a percentage of your Basic Monthly Earnings, less other Disability income benefits you receive.

> You cannot receive long-term Disability benefits at the same time you receive short-term disability benefits.

### Elimination Period

Once you have been determined to be Disabled, you must complete the Elimination Period before any benefits are paid. Please see the Plan Outline of this SPD for the number of days that make up your Elimination Period.

For the purpose of accumulating the Elimination Period, the following rules apply:

- During the Elimination Period, a total Disability that temporarily ceases for not more than 30 days, whether consecutive or intermittent, will be considered continuous. Any days you are not Disabled will not be counted toward completion of the Elimination Period.
- If, during the Elimination Period, you become eligible for coverage or insurance under any other group long-term Disability plan or policy, the terms of the above paragraph will not apply.

## Payment of Benefits

Once you are considered Disabled and have completed the Elimination Period, you will receive monthly payments as long as you remain Disabled and submit proof of continued Disability, at your expense, upon request. In addition, you may be required to undergo an independent medical exam at reasonable intervals at the Plan's expense.

### Amount of Benefits

The amount of your benefit shall be the lesser of:

- Your Basic Monthly Earnings multiplied by the percentage specified in the Plan Outline, or
- The dollar amount of the Maximum Monthly Benefit specified in the Plan Outline.

To the extent required by law, income and employment taxes will be withheld on all benefit payments.

This amount is then reduced by Other Income Benefits described in the "Other Income Benefits" section of this SPD, if applicable. If your benefit is reduced by Other Income Benefits, there will not be additional reductions because of any cost-of-living increases under the Other Income Benefits.

### Duration of Benefits

The Maximum Benefit Duration for the Plan is the greater of:

- The benefit duration limit as shown in the table below, or
- Your normal retirement age as defined by the Social Security Act.

| Maximum Benefit Duration | |
| :---: | :---: |
| **Age at Which Disability Begins** | **Maximum Period of Benefit Payments** |
| Before 60 | To age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 or older | 12 months |

The Maximum Benefit Duration period does not include the Elimination Period.

**Refund to the Plan for Overpayment of Benefits**
The amount of your benefit, plus any rehabilitation pay you may earn while Disabled, cannot exceed your Basic Monthly Earnings. If, at any time, Sedgwick or the Plan Administrator determines that the total amount paid to you on a claim is more than the total amount due, including any overpayment resulting from any payment you receive from sources listed as Other Income Benefits (whether through lawsuit, pursuit of claims, settlement, award, judgment or otherwise), Sedgwick or the Plan Administrator has the right to recover the excess amount from you by:

- Reducing or offsetting against any future benefits payable to you,
- Demanding immediate reimbursement, or
- Any other method permitted by law.

## Other Income Benefits

Your Disability benefit may be reduced if you are eligible to receive Other Income Benefits that are associated with the same or a different Disability for which a benefit is payable under the Plan. These Other Income Benefits include the full amount of:

- What is provided to you pursuant to any Workers' Compensation law, occupational disease law or any other legislation or law of similar purpose.

- Disability income benefits you receive or are eligible to receive under any present or future law. If you are not receiving Other Income Benefits because you failed or neglected to apply for those benefits, they are still considered to be benefits to you and will be deducted from your benefits payable under the Plan.

  > If you are not receiving Other Income Benefits because you failed or neglected to make application for those benefits, they are still considered to be benefits to you and as such will be deducted from your benefit payable under the Plan.

- Disability income benefits you receive under any other group insurance or individual policy paid for or subsidized by your Participating Employer.
- Disability or retirement benefits under the U.S. Social Security Act or any other governmental disability or retirement program (except military pension and military disability plans) for which you, your Spouse or Child are eligible. Notwithstanding the foregoing, Other Income Benefits shall not include disability benefits unless such disability benefits are awarded on the basis of your Disability.
- Any no-fault motor vehicle coverage. However, benefits from such coverage will not be included as Other Income Benefits if:
  - State law or regulation does not allow any reduction of disability benefits by benefits received under no-fault motor vehicle coverage, or
  - The no-fault motor vehicle coverage, according to its rules or according to an election by the person covered, determines its benefits after the benefits due under this Plan have been paid.
- Any salary, wages, severance, benefits, commissions, bonuses, accrued sick days, vacation days, holidays or similar pay you receive or are entitled to receive from any work or services in which you engage, except with respect to Rehabilitative Employment as described in the "Rehabilitative Employment" section of this SPD.
- Any payments you receive or are eligible to receive due to the acts of third parties who, in the Plan's determination, are at least partially responsible for your claim for benefits under the Plan. (This includes any payments that are obtained through the pursuit of claims, lawsuits, judgments, awards and settlements or otherwise by you or by any person or entity on your behalf.)
- Any benefit or compensation for which you are eligible or that is paid to you, or a third party on your behalf, pursuant to any plan or arrangement, whether insured or not, as a result of employment by or association with your Participating Employer or as a result of membership in or association with any group, association, union or other organization.

The Plan's share of Other Income Benefits will not be reduced because you have not received full damages claimed or have not been made whole, unless Sedgwick or the Plan Administrator agrees in writing to the reduction.

In addition, the Plan's share of Other Income Benefits will not be reduced by any attorney's fees or costs expended by you in obtaining the Other Income Benefits.

Also, if the Plan learns it has overpaid benefits because it was not aware of the existence of Other Income Benefits, it can seek reimbursement of the overpaid amounts from the Participant.

**Lump Sum Payments/Settlement**
If any Other Income Benefits are paid (either as money, property or annuity) through a settlement, judgment, order or as an advance on future liability in a lump sum, the amount that pertains to Other Income Benefits will be due and payable immediately, unless Sedgwick or the Plan Administrator agrees in writing to a different repayment schedule.

## Waiver of Contributions

If you contribute toward the cost of coverage for this Plan, your contributions are waived during any period of total Disability for which you receive, or are eligible to receive, benefits under the Plan.

## Social Security Disability Benefits

If it is unlikely that you will be able to return to work for at least 12 months, you also may be eligible to receive Social Security disability payments. There are several advantages to receiving these payments, including:

> After four months of continuous Disability, you should contact your local Social Security office to apply for Social Security disability benefits.

- You will experience increased income from the combination of benefits from this Plan and Social Security benefits since cost-of-living increases will not result in an offset under this Plan.
- You automatically will be eligible 24 months after your Social Security disability award date for free Medicare hospital insurance and, for a small monthly premium, Medicare Part B insurance. Other Medicare options also may be available to you such as Medicare Part C (Medicare Advantage) and Medicare Part D (prescription drug coverage).
- The Social Security disability freeze allows your wage record to be "frozen" and prevents future retirement benefits from being reduced. (Disability periods not recognized by Social Security can adversely affect your record of average monthly earnings as well as your fully or currently insured status used later for Social Security benefit determination.)

Social Security disability payments begin after a five-month waiting period and are the same amount as Social Security retirement benefits for an individual at age 65. An additional benefit equal to 50% of your Social Security benefit amount may be payable to your Spouse and to each dependent Child who is under age 18 or who is totally and permanently disabled. However, there is a maximum limit on the amount a family can receive.

An estimated Social Security disability offset may be subtracted from your benefit under this Plan even if you have not applied for such benefits, but it appears that you would qualify for them.

In any case, when you do receive approval or final denial of your claim from the Social Security Administration, your benefit will be adjusted and you must promptly refund all Plan overpayments. If the Social Security Administration does not declare you eligible for Social Security disability benefits, there will be no offset from your benefits unless you are age 62 or older. If you are age 62 or older, an estimated primary Social Security retirement offset will be made from your Disability benefit even if you have not applied for Social Security retirement benefits.

## When Plan Benefits End

Disability benefit payments from the Plan will end when any of the following occurs:

- You no longer are under the care of a Licensed Physician or you are not receiving regular, ongoing medical care from a Licensed Physician, or you are not following the course of treatment recommended by a Licensed Physician
- You complete the Maximum Benefit Duration period
- You no longer satisfy the Plan's definition of Disability
- You no longer comply with the terms of the Plan
- A Licensed Physician no longer verifies your Disability
- You fail to furnish proof of Disability satisfactory to Sedgwick, you fail to submit required documentation of or medical information about your Disability, or you refuse to undergo a medical exam upon request
- You take part- or full-time employment with another employer or work for a self-owned or family-owned business
- You die

### Resuming Coverage Under the Plan

You may be able to continue long-term Disability coverage under the Plan if you are still an Eligible Associate when your Disability ends. If you make contributions to the Plan and those contributions were waived during your Disability, you may resume contributions if you do so within 30 days following your return to Active Work.

## Section 3: Other Plan Provisions

The Plan has other provisions for benefits if you are employed while Disabled, have recurrent periods of Disability, are Disabled due to Mental Illness and if you die while Disabled.

## Rehabilitative Employment

The Plan has a Rehabilitation program that helps you return to work. If you are Disabled from your Regular Occupation but accept Rehabilitative Employment approved by Sedgwick, your benefit percentage will be increased by 5%. During the first 24 months of benefit payments, the Plan will not offset earnings you received during approved Rehabilitative Employment, up to 100% of your pre-Disability Basic Monthly Earnings.

> Upon request, during Rehabilitative Employment, you must provide evidence needed to verify your earnings.

After you have completed 24 months of work or service while Disabled, your benefit will be reduced by 50% of any compensation earned.

In addition to long-term Disability payments, the Plan may pay for coordination with your Participating Employer, the Plan Administrator and Sedgwick to assist you with one or more of the following:

- In returning to work,
- With evaluation of adaptive equipment to allow you to return to work,
- With vocational evaluation to determine how your Disability may impact your employment options,
- With job placement services, résumé preparation and job seeking skills, and
- In training or re-training for a new occupation.

### Child Care Expense Benefit

While you are Disabled and participating in Rehabilitative Employment approved by Sedgwick, you will be reimbursed for child care expenses of up to $250 of incurred expenses per month during the first 24 months of Rehabilitative Employment for each Child who is under age 13 and lives with you and is:

- Your Child or your Spouse's Child,
- Your legally adopted Child, or
- A Child for whom you are the legal guardian.

Child care expenses are limited to the amount charged by a licensed child care provider who is not a member of your immediate family or living in your residence.

## Recurrent Periods of Disability

If, following a period of Disability for which benefits are payable, you resume your Regular Occupation and perform all Material Duties full time for a continuous period of six months or more, any Recurrent Disability will be considered a new period of Disability and another Elimination Period must be completed before any further benefits are payable.

If you resume your Regular Occupation for less than six months, a Recurrent Disability will be considered a continuation of the same Disability and no Elimination Period is required. Therefore, you would not be eligible to file a short-term disability claim for the Recurrent Disability. Your benefit amount will be reinstated and the previous period of Disability would apply toward benefit duration.

If you become eligible for coverage under any other group long-term Disability policy or plan, this Recurrent Disability provision will no longer be applicable to you.

## Disability Due to Mental Illness

To be eligible for Disability benefits related to Mental Illness, you must be under the regular care and attendance of a licensed practicing psychiatrist. While you are Disabled due to a Mental Illness and confined to a Hospital or Institution (for 24 hours a day), the benefit will be payable up to the Maximum Benefit Duration. In-patient days will not apply against the 24-month mental illness limitation.

While you are Disabled due to a Mental Illness but not confined to a Hospital or Institution, the benefit will be payable for up to 24 months or the Maximum Benefit Duration, whichever is less.

In either circumstance, in no event will the benefit be payable for longer than the Maximum Benefit Duration Period if the Disability is continuous.

## If You Die While Receiving Benefits

If you die during your Disability and are still eligible for benefits during the month of your death, any unpaid benefits due will be paid to your surviving Spouse. If you have no surviving Spouse, benefits will be paid to your estate.

## Assignment of Benefits

Benefits cannot be assigned to anyone other than the Eligible Associate.

## Section 4: Expenses Not Covered

The Plan will not pay benefits for the items on this page.

This Plan does not provide benefits for:

- That portion of any period of Disability when you are confined in any penal or correctional institution as a result of conviction for criminal or other public offense.
- Any Sickness or Injury for which:
  - You are not receiving ongoing medical care from a Licensed Physician, or
  - You are not following the course of treatment recommended by a Licensed Physician.
- Disabilities caused or contributed to by:
  - War, whether declared or undeclared, or any act of war, insurrection, civil commotion, rebellion or riot.
  - Sickness contracted or Injury sustained while in the armed forces of any country engaged in war or other armed conflict.
- Disabilities resulting from:
  - Intentionally self-inflicted injuries of any kind, while sane or insane
  - Participating in, or as a result of having participated in, the commission of an assault or felony
  - Cosmetic surgery
  - Elective abortion for any reason
  - Voluntary sterilization including resection, transection or ligation of tubes
  - Procedures or services that are in conflict with the Ethical and Religious Directives for Catholic Health Care Services or Catholic Church Teachings.
- Any Disability that began after your employment terminated.

### Preexisting Condition Exclusion
The Plan does not provide benefits for any Disability that is caused by, contributed to by, or results from a Preexisting Condition that was in existence within three months before your effective date of coverage. The Preexisting Condition exclusion will not apply after you perform the Material Duties of your Regular Occupation for at least 12 consecutive months following your effective date of coverage or following the effective date of any increased benefit amount option.

Increased amounts of coverage will be subject to this Preexisting Condition exclusion at the time the change in coverage becomes effective if:

- Your benefit coverage increases because you elect another benefit percentage amount,
- You elect coverage when you do not have any coverage just prior to the effective date, or
- Because you change from one class of Eligible Associates to another.

## Section 5: Claims Procedures

Claims may be filed and a review of any denied claim may be sought by you, your doctor or your authorized representative.

---

### Filing a Claim

You must notify your Participating Employer of your Disability within the time period specified in the Plan Outline. The notification period depends on the number of days of your Elimination Period as follows:

> You must file your claim with Sedgwick before the Elimination Period ends. Otherwise, your benefits will be denied.

- If your Participating Employer elected a 180-day Elimination period, the time period is 90 days after the Disability, or
- If your Participating Employer elected a 90-day elimination period, the time period is 45 days after the Disability.

### Claim Forms

Once you have notified your Participating Employer of your Disability, you must complete all forms required by your Participating Employer, the Plan Administrator and/or Sedgwick in order for your claim to be considered.

> Claim forms are available from your local Human Resources Department and/or Sedgwick. Call 866.856.4835 or contact them at:
>
> Claims Administrator
> Sedgwick Claims Management Services
> P.O. Box 14562
> Lexington, KY 40512

### Medical Exam and Vocational Assessment

At reasonable intervals after your claim has been submitted, Sedgwick may require you to undergo either:

- An exam by a physician selected by Sedgwick, or
- A vocational assessment by a vocational counselor selected by Sedgwick.

You also may be required to submit additional information before your claim is processed.

> If you need assistance understanding your benefit determination or have questions about your right to appeal a denied claim, contact Sedgwick at 866.856.4835.

### Timing of Claims Review

Sedgwick will notify you of its benefit determination within 45 days after receipt of the claim. This period may be extended for up to 30 days if an extension is necessary due to matters beyond the control of the Plan. If such an extension of time is taken, Sedgwick will notify you, prior to the expiration of the initial 45-day period, of the circumstances

requiring the extension of time and the date by which a decision is expected to be rendered.

If, prior to the end of the first 30-day extension period, Sedgwick determines that, due to matters beyond the control of the Plan, a decision cannot be rendered within that extension period, the period for making the determination may be extended for up to an additional 30 days. If such an additional extension of time is taken, Sedgwick will notify you, prior to the expiration of the first 30-day extension period, of the circumstances requiring the extension and the date by which a decision is expected to be rendered.

The notice of extension will specifically explain the standards on which entitlement to a benefit is based, the unresolved issues that prevent a decision on the claim and any additional information needed to resolve those issues. You will have 45 days after receipt of the notice of extension to submit any additional information that is requested in the notice.

## If Your Claim is Denied

If your claim has been denied, Sedgwick will send you either a written or electronic notice that will include:

- The specific reason or reasons for the claim denial,
- Reference to the specific Plan provisions on which the denial is based,
- A description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary ,
- A description of the Plan's review procedures and the time limits applicable to such procedures,
- If an internal rule, guideline, protocol or other similar criterion ("internal guideline") is relied upon in making the adverse determination, either the internal guideline or a statement that the internal guideline was relied upon in making the adverse determination and a copy of the internal guideline will be provided free of charge to you upon request, and
- The name of any medical or vocational expert whose advice was obtained in connection with an adverse benefit determination.

You are entitled to receive, upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination and an explanation of the scientific or clinical judgment for a determination that is based on a medical necessity, experimental treatment or other similar exclusion or limit.

## Appealing a Denied Claim

If you disagree with the claim denial, you or an authorized representative may file an appeal within 180 days after you receive the notice of claim denial. You may submit written comments, documents and other information with your appeal. The review will take your comments, documents or other information into account, whether or not they were considered in the initial determination.

You may receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to your claim for benefits.

If you appeal, Sedgwick will review the initial decision and provide you a written determination. The review will not give deference to the initial determination, and it will be conducted by an individual who is neither the individual nor a subordinate of the individual who made the initial determination.

In deciding the appeal of an adverse determination that is based on a medical judgment, Sedgwick will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the judgment. This health care professional will be neither the individual nor a subordinate of the individual who was consulted during the initial determination.

If you wish to appeal a denied claim, contact Sedgwick at 800.248.3970 or send notification of your desire to appeal within 180 days from receipt of your claim denial notice to:

Sedgwick Claims Management Services, Inc.
Attn: National Appeals Unit
P. O. Box 14446
Lexington, KY 40512-9951

Be sure to include the following:

- Your name
- ID and claim numbers

Also, indicate whether the person requesting the appeal is the Eligible Associate or authorized representative.

As part of the claim review procedure, Sedgwick may require you to undergo an exam by a doctor of its choice and/or a vocational assessment by a vocational counselor of its choice.

Sedgwick will notify you of the benefit determination on review within 45 days after receipt of your request for review, unless special circumstances require an extension of time for processing the claim. If such an extension of time is required, you will be notified in writing of the extension prior to the end of the initial 45-day period. No such extension will exceed a period of 45 days from the end of the initial period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which Sedgwick or its representative expects to render the determination on review.

Sedgwick will provide you a written or electronic notice of the decision on review that will include:

- The specific reason or reasons for the denial,
- Reference to the specific Plan provisions on which the denial is based, and
- A description of any available voluntary appeal procedures and information about such procedures.

You are entitled to receive, upon request and free of charge, a copy of any documents, records or other information relevant to your claim, as well as any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination. You also are entitled to receive an explanation of the scientific or clinical judgment for a determination that is based on a medical necessity, experimental treatment or other similar exclusion or limit, and identification of any medical or vocational experts whose advice Sedgwick relied on.

### Exhaustion of Administrative Remedies
Prior to bringing any action relating to or arising under the Plan, you must exhaust your administrative remedies under the Plan, which means that you must file a timely application for benefits and a timely appeal if that application for benefits is denied.

### Additional Recourse
You also have the right to bring a civil action under Section 502(a) of ERISA if you are not satisfied with the decision on review. You and the appeal administrator may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your state insurance regulatory agency. You may also contact the Employee Benefits Security Administration at 866.444.3272. All Claims for benefits and requests for review of claim denials should be submitted to Sedgwick at the address listed in the "Your Contact Information" section of this SPD.

<u>**The Plan contains a forum selection clause, which requires that any action relating to or arising under this Plan shall be brought in and resolved only in the U.S. District Court for the Eastern District of Missouri, and in any courts in which appeals from that court are heard.**</u>

## Overpayment of Claims

If any benefit is mistakenly paid or overpaid by the Plan, either in whole or in part, including any overpayment resulting from any payment you receive from sources listed in the "Other Income Benefits" section (whether through lawsuit, pursuit of claims, settlement, award, judgment or otherwise), the Plan Administrator reserves the right to offset amounts to be paid in the future as benefits under the Plan, or to recover such mistakenly paid amounts or overpayments from and among any person to, or for, or with respect to whom such amounts were paid. Any Associate who performs services that are or may be compensated in

part by benefits payable pursuant to the Plan hereby consents to venue and jurisdiction of any court in which the Plan Administrator files suit in accordance with this section.

## Misrepresentations

Anyone who, with intent to defraud or knowing that he/she is facilitating a fraud, submits an application or files a claim containing a false, incomplete or misleading statement is guilty of fraud. The Plan Administrator reserves the right to take appropriate action in any instance where fraud is an issue.

## Section 6:  Your ERISA Rights

As a Participant in this Plan, you are entitled to certain rights and protections under ERISA.

### Receiving Information About Your Plan and Benefits

You have the right to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) and updated SPD. The Plan Administrator may make a reasonable charge for the copies.
- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each Participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for Participants in the Plan, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Participants in the Plan and beneficiaries. No one, including your Participating Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### Enforcing Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of the documents that govern the Plan or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up

to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that the fiduciaries of the Plan misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about the Plan, you should contact Sedgwick. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Section 7: Plan Information

| | |
|---|---|
| **Official Plan Name** | Ascension Health Long-Term Disability Plan |
| **Plan Number** | 512 |
| **Plan Description** | Long-term disability benefits |
| **Employer Identification Number** | 31-1662309 |
| **Plan Sponsor and Administrator** | Ascension Health<br>4600 Edmundson Road<br>St. Louis, MO 63134<br>314.733.8000 |
| **Type of Administration** | This Plan is jointly administered by Ascension Health and Sedgwick |
| **Plan Year** | Plan records are administered on a calendar-year basis beginning January 1 and ending December 31 of each year |
| **Agent for Service of Legal Process** | Ascension Health<br>4600 Edmundson Road<br>St. Louis, MO 63134<br>314.733.8000 |
| **Type of Funding** | You and your Participating Employer pay the cost of this benefit. |